State v. Norwood; State v. Sells

STATE OF NORTH CAROLINA v. JOHN HOWARD NORWOOD, JR.

No. 7514SC458

(Filed 19 November 1975)

APPEAL by defendant from *Canaday, Judge.* Judgment entered 3 February 1975 in Superior Court, DURHAM County. Heard in the Court of Appeals 18 September 1975.

*Attorney General Edmisten, by Associate Attorney Jesse C. Brake, for the State.*

*Vann & Vann, by Arthur Vann, for defendant appellant.*

BROCK, Chief Judge, VAUGHN and MARTIN, Judges.

Affirmed.

STATE OF NORTH CAROLINA v. ROBERT WESLEY SELLS

No. 7520SC595

(Filed 19 November 1975)

APPEAL by defendant from *Chess, Judge.* Judgment entered 13 February 1975 in Superior Court, STANLY County. Heard in the Court of Appeals 23 October 1975.

*Attorney General Edmisten, by Special Deputy Attorney General Myron C. Banks, for the State.*

*Brown, Brown & Brown, by Fred Stokes, for defendant appellant.*

MORRIS, PARKER, and MARTIN, Judges.

No error.